### HARRELL, etc, et v MANNING

Ohio Supreme Court
No 22560. Decided March 25, 1931

For full opinion see 123 Oh St 401 (Oh Bar 4-28-31).